**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **OTHONIEL CANTRES**<br>**Plaintiff,**<br><br>**v.**<br><br>**FBI AND DEPARTMENT OF JUSTICE**<br>**Defendant** | ) | **CIVIL ACTION NUMBER**<br>**01-1115 (MJD/SRN)** |

**ORDER**

This matter having come before the Court on the defendant's motion for summary judgment, and the Court having considered the entire record herein and finding no agency records have been improperly withheld, it is hereby

ORDERED that defendant motion is granted, and it is further

ORDERED that this case is dismissed with prejudice.

Dated: Sept. 18, 2001

MICHAEL J. DAVIS
United States District Court Judge



FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________