UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Othoniel Cantres,

Plaintiff,

v.

FBI and Department of Justice,

Defendants.

ORDER
Civil No. 01-1115(MJD/SRN)

---

IT IS HEREBY ORDERED that Plaintiff's Motion for Relief from Judgment and Order is GRANTED. This Court's Order dated September 18, 2001 [Docket No. 16] and udgment [Docket No. 17] are VACATED.

Date: Sept 28, 2001

Michael J. Davis
United States District Court

SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______