UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OTHONIEL CANTRES,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil No. 01- 1115 (MJD/SRN)

**ORDER TO SHOW CAUSE**

This matter is before Magistrate Judge Susan Richard Nelson on Defendants Federal Bureau of Investigation and Department of Justice's Second Motion to Dismiss, Alternatively for Summary Judgment [Docket No. 22]. The matter is properly before the Magistrate Judge for Report and Recommendation pursuant to 28 U.S.C. §636(b)(1) and Local Rule 72.1.

Plaintiff is **HEREBY ORDERED** to show cause, within fourteen days from the date of this Order, why Defendants' Second Motion to Dismiss, Alternatively for Summary Judgment should not be granted. Pursuant to Federal Rules of Civil Procedure 12(c) and 56(e), plaintiff may submit a memorandum and supporting affidavit in response to Defendants' motion. Upon expiration of the fourteen day period, Defendants' Second Motion to Dismiss, Alternatively for Summary Judgment shall be decided on the written record before the Court.

DATED: May 20, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________